UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **L'EGLISE PROPERTIES, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-1891** |
| **CRANE BUILDERS OF NEW ORLEANS, LLC, ET AL.** | **SECTION I** |

## ORDER

Considering third-party defendant Western World Insurance Company's ("Western World") unopposed motion[1] for its first twenty-one day extension of time to file responsive pleadings, and the Court finding that no objection to an extension of time has been filed in the record, pursuant to Local Rule 7.8,

**IT IS ORDERED** that the motion is **GRANTED**. Western World shall file responsive pleadings no later than **JULY 6, 2021**.

New Orleans, Louisiana, June 16, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 94.